## IN THE SUPREME COURT OF THE STATE OF NEVADA

HIGINIO BARRERA,
                Appellant,

vs.

THE STATE OF NEVADA; BRIAN E.
WILLIAMS; RASHONDA SMITH; AND
SHERYL FOSTER,
                Respondents.

No. 71545

FILED

NOV 04 2016



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from orders dismissing appellant's complaint for failure to state a claim. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. It appears from the documents submitted to this court pursuant to NRAP 3(g) that additional claims remain pending between the parties, such that no final judgment has been entered in the underlying case. Specifically, appellant's claims against Sheryl Foster appear to remain pending below and the order appealed from has not been certified as final pursuant to NRCP 54(b).[1] *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991);

---

[1]Further, it appears that appellant is attempting to appeal from a minute order entered by the district court on October 5, 2016. We remind appellant that a district court's minute order is ineffective for any purpose and cannot be appealed. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987). A written order or judgment must be filed before a district court ruling can be appealed. *Id.*

*Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Accordingly, we conclude that we lack jurisdiction over this appeal and we ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.　　　_____, J.
Hardesty　　　　　　　　Pickering

cc:　Hon. Nancy L. Allf, District Judge
　　Higinio Causse Barrera
　　Attorney General/Carson City
　　Attorney General/Las Vegas
　　Eighth District Court Clerk